IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Ann M. Kirby, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>Commissioner of Social Security, )<br>)<br>   Defendant. )<br>_____) | C.A. No. 3:04-22073-TLW<br><br>**ORDER** |

  Plaintiff has brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of a final decision of the defendant, Commissioner of Social Security, denying her claim for Disability Insurance Benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 83.VII.02 (D.S.C.). In the Report, the Magistrate Judge recommends that the Commissioner's decision be affirmed. The Report was filed on February 9, 2006. The plaintiff has not filed objections.

  This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

  A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 9), and the Commissioner's decision is

**AFFIRMED**.

                                                                    s/ Terry L. Wooten  
                                                                         TERRY L. WOOTEN  
                                                                 UNITED STATES DISTRICT JUDGE

March 13, 2006  
Florence, South Carolina